**Driskell, Joel H.**

| | |
|---|---|
| **From:** | Taylor, Sanna-Rae <srtaylor@taftlaw.com> |
| **Sent:** | Monday, April 14, 2025 8:46 AM |
| **To:** | Driskell, Joel H. |
| **Cc:** | Helwig, Ben J. |
| **Subject:** | RE: Vigilant v. Helzberg Complaint |

**EXTERNAL:**

Hello Hank,

The Vigilant LLC members are domiciled in Ohio.

Many thanks,

Sanna-Rae



**Sanna-Rae Taylor**
Partner
srtaylor@taftlaw.com
**Dir:** 513.357.8758
**Tel:** 513.381.2838   |   **Fax:** 513.381.0205
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

**taftlaw.com**

**Now over 1,000 attorneys strong.**
Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

Taft is expanding to **Southeast Florida** on June 30, 2025, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

**From:** Driskell, Joel H. <JDriskell@sb-kc.com>
**Sent:** Friday, April 11, 2025 1:45 PM
**To:** Taylor, Sanna-Rae <srtaylor@taftlaw.com>
**Cc:** Helwig, Ben J. <BHelwig@taftlaw.com>; Parisi, Julie E. <JParisi@sb-kc.com>; Katherine.Rasmussen@DINSMORE.COM
**Subject:** RE: Vigilant v. Helzberg Complaint

Sanna-Rae,

Helzberg intends to remove this action to federal court. Please let me know if you are willing to confirm the identities and domicile of each of the members of Vigilant LLC and Nyhuis Holdings, LLC.

Thank you,
Hank Driskell