IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VIGILANT LLC, | : | CASE NO. 1:25-CV-00238-DRC |
| | : | |
| Plaintiff | : | Judge Douglas R. Cole |
| | : | |
| v. | : | |
| | : | |
| HELZBERG'S DIAMOND SHOPS, LLC, | : | |
| | : | |
| Defendant | : | |

## Rule 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule Civil Rule 7.1.1., Plaintiff Vigilant LLC is an Ohio limited liability company. Vigilant's sole member is Nyhuis Holdings LLC which is an Ohio limited liability company. Nyhuis Holdings' members are Christopher Nyhuis and Katherine Nyhuis who both reside in and are citizens of Ohio.

Respectfully submitted,

*/s/ Sanna-Rae Taylor*
Sanna-Rae Taylor (0091302)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
srtaylor@taftlaw.com

*Trial Counsel for Plaintiff Vigilant LLC*

172322086v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via the Clerk of this Court's CM/ECF system and served upon all counsel of record this 23rd day of May 2025.

*/s/ Sanna-Rae Taylor*

172322086v1